# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0619. CARLOS JOHNSON v. THE STATE.

Following the revocation of his probation, Carlos Johnson filed an application for a discretionary appeal, which we granted. Case No. A23D0067 (Oct. 6, 2022). Johnson then filed this appeal. We, however, lack jurisdiction.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020) And in cases involving discretionary review, an applicant must file a notice of appeal "[w]ithin 10 days after an order is issued granting the appeal . . . to secure a review of the issues[.]" OCGA § 5-6-35 (g). Our October 6 order granting Johnson's application informed him of this requirement, and directed him to file his notice of appeal within ten days. Johnson, however, did not file his notice of appeal until November 3, 2022, 28 days after the order granting his application was issued. Because Johnson's notice of appeal was untimely, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*